ACCEPTED
12-15-00128-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/18/2015 2:58:23 PM
CATHY LUSK
CLERK

NO. 12-15-00128-CR

| | | |
|---|---|---|
| **ROBERT LAFAYETTE WALKER,** | § | **IN THE 12**[TH] |
| **Appellant** | § | |
| | § | |
| **v.** | § | **COURT OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee** | § | **DISTRICT** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/18/2015 2:58:23 PM
CATHY S. LUSK
Clerk

## MOTION FOR LEAVE TO FILE APPELLANT'S BRIEF LATE

## TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Robert Lafayette Walker, Appellant, and files this above-mentioned motion pursuant to the TEXAS RULES OF APPELLATE PROCEDURE SECTION 10, and would show the Court as follows:

**I.**

Appellant was convicted in County Court at Law Number Three (3) of Smith County, Texas, for the offense of Driving While Intoxicated – 2nd in Cause Number 003-82609-14, styled the *State of Texas v. Robert Lafayette Walker*. Appellant was assessed a punishment of 200 days in the Smith County jail on April 15, 2015 and an appeal in this cause was perfected on May 8, 2015.

**II.**

The deadline for filing the appellate brief was Thursday, August 13, 2015. However, Appellant's brief was mistakenly filed on Sunday, August 16, 2015.

Counsel thought that the deadline was August 19, 2015, plus she failed to notate it in her day planner when she received the notice from the clerk on July 14, 2015. Therefore, Appellant has filed this motion.

**III.**

Appellant requests the Court to give him three (3) additional days from the date of August 13, 2015 based upon the following facts: "During the week of July 26, 2015 through July 30, 2015, counsel attended the Advanced Criminal Law Seminar in San Antonio, Texas. Counsel was unable to work on the brief during that time. It was counsel's belief that the Court received the reporter's record on July 20, 2015. However, counsel failed to printout the correspondence from the Court and mistakenly relied on a handwritten note.

When counsel returned back to her office on Friday, July 31, 2015, she initially anticipated filing a Motion for Extension of Time. Thus, after counsel read the reporter's record and researched the law, counsel felt that she had ample time (August 19, 2015) to write the appellate brief. Therefore, from August 1, 2015 through August 16, 2015, counsel worked on the brief non-stop; plus counsel did the necessary legal research regarding the issues that were presented during the suppression hearing.

Also, counsel submitted the appellate brief to an editor for review; it was returned to counsel on Friday, August 14, 2015. Shortly thereafter, counsel made

the necessary corrections and filed the appellate brief on August 16, 2015, three (3) days ahead of the anticipated August 19, 2015 date.

Unbeknownst to counsel a computer generated letter was sent to her on Friday, August 14, 2015. Counsel did not review her emails, until Monday, August 17, 2015 because she was diligently working on the appellate brief. After reading the email, it was the first time that counsel was made aware that the brief was due on August 13, 2015 and not August 19, 2015.

Counsel immediately called the Court and spoke to the Court clerk, via telephone. Counsel informed the clerk of her error. The clerk then told counsel to file a Motion for Leave to File Appellant's Brief Late.

May it also be noted, that during the time from August 1 through August 16, 2015, counsel had to make numerous appearances in court on behalf of her other clients in the East and Southern parts of Texas.

Additionally, the issues at hand, in the enclosed appellate brief dealt with most recent case law. It took time for counsel to find comparative law for Appellant's arguments in preparation of the appellate brief. Therefore, counsel finds it necessary to request leave for an extension of three (3) days (from August 13, 2015) to adequately and effectively discharge her responsibilities to Appellant."

**IV.**

For these reasons, Appellant asks the Court to grant leave to file Appellant's Brief late and extend the time to three (3) additional days.

Respectfully submitted,

By:_____
Beverly D. Melontree
Attorney at Law
SBN: 13922100
213 South Fenton Avenue
Tyler, Texas 75702
Telephone: 713-480-2674
Facsimile: 903-747-3760

**ATTORNEY FOR APPELLANT
ROBERT LAFAYETTE WALKER**

**CERTIFICATE OF SERVICE**

I do hereby certify that on Tuesday, August 18, 2015, a true and correct copy of the Appellant's Brief has been forwarded by efiling to the following counsel:

Mr. Michael J. West
Assistant Criminal District Attorney
Smith County District Attorney's Office
100 North Broadway Avenue, 4th Floor
Tyler, Texas 75702

_____
Beverly D. Melontree

4